IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CONTINENTAL CASUALTY COMPANY )<br>and AMERICAN CASUALTY COMPANY )<br>OF READING, PENNSYLVANIA, )<br>  )<br>Plaintiffs, )<br>  )<br>v. )<br>  )<br>WESTERN EXPRESS, INC., )<br>  )<br>Defendant. ) | No. 3:09-0990<br>JUDGE HAYNES |

## O R D E R

Based upon the appointment of the Special Master, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party.

It is so **ORDERED**.

**ENTERED** this the _31st_ day of May, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge